IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRIOT SERVICES GROUP LOUISIANA, INC., a Louisiana corporation<br><br>               Plaintiff,<br><br>  v.<br><br>LUXOR CONTRACTING GROUP, INC., a Florida corporation, and<br>LUXOR BUILDING GROUP, LLC, a Louisiana limited liability company<br><br>               Defendants. | Civil Action No. 2:22-cv-01025<br><br><br><br><br><br>Judge Jay C. Zainey<br><br>Magistrate Judge Dana Douglas |

**ORDER**

CONSIDERING the foregoing Consent Motion for Leave to File Third Amended Complaint filed by plaintiff, Patriot Services Group Louisiana, Inc. (the "Consent Motion"),

IT IS ORDERED that the Consent Motion is GRANTED and that the Clerk of Court shall immediately file the Third Amended Complaint attached to the Consent Motion as **Exhibit 1**.

THUS DONE AND SIGNED this 10th day of June, 2022.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA