UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PATRIOT SERVICES GROUP LOUISIANA, INC.**,
a Louisiana corporation,

        Plaintiff,

v.

**LUXOR CONTRACTING GROUP, INC.**, a Florida corporation,
and
**LUXOR BUILDING GROUP, LLC**,
a Louisiana limited liability company,

        Defendants.
_____/

Civil Action No. 2:22-cv-01025

Judge Jay C. Zainey

Magistrate Judge Dana M. Douglas

## ORDER

Considering the foregoing Second Amended Motion for Extension of Time to Respond to Discovery filed by Defendants in the above-styled matter:

IT IS HEREBY ORDERED that Defendants' Second Amended Motion for Extension of Time to Respond to Discovery is GRANTED and Defendants' deadline to respond to Plaintiff's Interrogatories and Requests for Production of Documents to each Defendant shall be extended through Friday, September 16, 2022.

DONE AND SIGNED this _____ day of _____ 2022.

_____
MAGISTRATE JUDGE DANA M. DOUGLAS
EASTERN DISTRICT OF LOUISIANA